UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF ALABAMA

| | | |
|---|---|---|
| IN RE: | * | |
| DANNY HUETT, | * | CASE NO. 16-00393 |
| DEBTOR | * | |

MOTION TO DISMISS

Comes now the State of Alabama, by and through the Assistant Attorney General, and files this Motion to Dismiss, and as grounds, therefor states as follows:

1. That the Debtor is currently under an order to pay child support in the amount of $450.00 per Month in the case Kimberly Gibson vs. Danny Huett, 24DR13900125.

2. That the Debtor has failed to make his child support payments which has resulted in a substantial arrearage. Therefore, the State is requesting that this case be dismissed or that a relief from stay be granted, thereby allowing a Contempt Petition to be filed against the Debtor in State Court.

WHEREFORE, THE PREMISES CONSIDERED, the State of Alabama prays that this Court will grant the State's Motion to Dismiss to allow the State to file a Contempt Petition in State Court, and for such other further and different relief the Court deems proper.

Respectfully submitted,

Dated this ___31st___ day of ____October______, 2016.

/s/Dawn S. Brown
Dawn S. Brown
Assistant Attorney General
State of Alabama Department of Human Resources
Child Support Legal Office
1150 Government Street, Suite 105
Mobile, Alabama 36606
Telephone: (251) 415-7060

## CERTIFICATE OF SERVICE

I do hereby certify that I have on this the 31st_ day of ___October____, 2016 served a copy of the foregoing on Richard Shinbaum; Attorney for the Debtor, at P O Box 201, Montgomery, AL 36101; Danny Huett; Debtor, at 212 West Castlewood Drive, Selma, AL 36701 and on Daniel O'Brien, Chapter 13 Trustee, P. O. Box 1884, Mobile, AL 36633 by CM/ECF and/or mailing the same with the United States Mail, properly addressed and by first class postage prepaid.

/s/Dawn S. Brown
Dawn S. Brown